[No. 12873–0–II.   Division Two.   June 18, 1990.]

VIRGINIA C. VALEN, *Respondent*, v. JOEL JOSEPH VALEN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 87–2–02597–2, Waldo F. Stone, J., entered April 14, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Thompson and Shields, JJ.

[No. 12827–6–II.   Division Two.   June 18, 1990.]

*In the Matter of the Marriage of* THERESA M. STRANGE, *Appellant, and* MARSHALL A. STRANGE, *Respondent.*

Appeal from a judgment of the Superior Court for Pierce County, No. 87–3–00969–5, Brian M. Tollefson, J., entered April 7, 1989. *Reversed* by unpublished opinion per Shields, J., concurred in by Munson, C.J., and Thompson, J.

[No. 12716–4–II.   Division Two.   June 18, 1990.]

BETTY LOU SHOBLOM, *Appellant*, v. LLOYD W. SHOBLOM, *Respondent.*

Appeal from a judgment of the Superior Court for Thurston County, No. 86–3–01116–2, Carol A. Fuller, J., entered March 20, 1989. *Affirmed* by unpublished opinion per Munson, C.J., concurred in by Thompson and Shields, JJ.